# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2954
_____

ERIC GREEN,

    Appellant,

    v.

CHRISTOPHER LANDRUM, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Suwannee County.
David William Fina, Judge.

December 9, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eric Green, pro se, Appellant.

James Uthmeier, Attorney General, Juanita Villalpando, Assistant Attorney General, and Dan Johnson, General Counsel Department of Corrections, Tallahassee, for Appellees.